```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SHAWN FORSBERG, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 09-4244 (JBS) |
| v. | |
| WARDEN, | **ORDER** |
| Defendant. | |

This matter having come before the Court upon Petitioner's motion to compel Respondent to provide Petitioner with unpublished cases and to extend Petitioner's time to reply [Docket Item 8]; the Court having considered the submissions of the parties; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this    **13th**    day of **January, 2010** hereby

ORDERED that Petitioner's motion to compel the provision of unpublished cases cited by Respondent is **DISMISSED AS MOOT**; and it is further

ORDERED that Petitioner's time to reply to Respondent's memorandum in opposition shall be extended to February 19, 2010; and it is further

ORDERED that Petitioner's motion to compel the provision of unpublished cases from all jurisdictions supporting his position is **DENIED**; and it is further

ORDERED that the clerk of court send Petitioner the packet for applying for pro bono representation.

                                            **s/ Jerome B. Simandle**
                                            JEROME B. SIMANDLE
                                            United States District Judge