UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
SHAWN FORSBERG,                     :
                                    :   Civil Action No. 09-4244 (JBS)
            Petitioner,             :
                                    :
       v.                           :        **O R D E R**
                                    :
WARDEN F.C.I. FORT DIX,             :
                                    :
            Respondent.             :
_____ :

   THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Shawn Forsberg, and the Court having considered the written submissions of the parties and the relevant administrative record, and for the reasons set forth in the Opinion filed herewith,

   IT IS on this   **11th**   day of   **May**  , **2010**,

   ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED, for lack of merit; and it is further

   ORDERED that Petitioner's motions for appointment of counsel (Docket entry no. 14) and for reconsideration of the Court's Order dated January 14, 2010 (Docket entry no. 15), are DENIED as moot; and it is further

   ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail and shall forward the Order to the

attorney for Respondent by way of electronic filing; and it is finally

ORDERED that the Clerk is directed to close the file accordingly.

          **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge